RECEIVED

AUG 2 7 2019

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

**IN THE UNITED STATES DISTRICT COURT FOR THE**

WesTERN ____ **DISTRICT OF** Louisiana

Lukner Blanc    06662104 )
(full name)         (Register No).

_____ )    Case No. 1:19-cv-1125  SEC P _____.
Plaintiff(s).

FCI  Pollock  AND )  Defendants are sued in their (check one):
(Full name)                              _____ Individual Capacity
FCI Pollock MEDICAL  )        _____ Official Capacity
_____ )    _X_ Both
Defendant(s).

**COMPLAINT PURSUANT TO 28 U.S.C. § 1331**

I. Place of present confinement of plaintiff(s): Pollock  FEDERAL Correction institution

II. Parties to this civil action:
   Please give your commitment name and any another name(s) you have used while incarcerated.

   A. Plaintiff Lukner Blanc _____ Register No. 06662-104
      Address  P. O. Box  4050, Pollock, LA 71467

   B. Defendant Pollock FCI AND Pollock FCI MEDICAL
      Is employed as _____

For additional plaintiffs or defendants, provide above information in same format on a separate page.

III.    Do your claims involve medical treatment?        Yes ✓        No _____

IV.    Do you request a jury trial?        Yes ✓        No _____

V.    Do you request money damages?        Yes ✓        No _____
State the amount claimed?        $ 7oo /ooo (actual/punitive)

VI.    Are the wrongs alleged in your complaint continuing to occur?   Yes_____ No ✓

VII.    Grievance procedures:

A. Does your institution have an administrative or grievance procedure?
        Yes ✓        No _____

B.  Have the claims in this case been presented through an administrative or grievance procedure within the institution?        Yes ✓        No _____

C.  If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)

First A request for Medical to the Assistant warden, then Admisnistratiue Remedy # 16-18, 944771-FI, 944771-RI AND 944771-A1.

D. If you have not filed a grievance, state the reasons.

_____

_____

_____

VIII.    Previous civil actions:

1.    A.  Have you begun other cases in state or federal courts dealing with the same facts involved in this case:        Yes _____        No ✓

B.  Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated?        Yes _____        No ✓

C.  If your answer is "yes," to either of the above questions, provide the following information for each case.

(1) Style: _____
        (Plaintiff)                    (Defendant)
(2) Date filed:_____

(3) Court where filed: _____

(4) Case Number and citation:_____

2

(5) Basic claim made:

(6) Date of disposition: _____

(7) Disposition: _____

(Pending) (on appeal) (resolved)

(8) If resolved state whether for:

_____

(Plaintiff) or (defendant)

For additional cases provide the above information in the same format on a separate page.

IX.   Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

On may 19, 2018, while incarcerated in Pollock FCI I injured my nose playing Soccer. I reported to medical Seeking medical Attention In which I was told that my Nose was not broken. I had to Start Administrative remedies to receive the proper medical attention in which 3 months lately august 29, 2018, my Nose was re broken in order to get fix, And Cause me a lot of Pain Suffering, lack of sleep and risk for my life.

B.   State briefly your legal theory or cite appropriate authority:

Due to diligence and medical mal-pratice which Caused me pain and Suffering and also a Complete Violation of my 8th amendment right.

_____

_____

Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.

Compensation in a Sum of $1 700 000.00 and have my Nose fix with a Doctor who specialist for bone.

3

X.    Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name.

_____N/A_____

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?                              Yes_____    No ✓

   If so, state the names(s) and address(es) of each lawyer contacted.

_____

_____

_____

C. Have you previously had a lawyer representing you in a civil action in this court?
                                                          Yes_____    · No ✓

   If so, state the lawyers name and address.

_____

_____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this ___21___ day of __August__ 20_19_

_____Lukner Blanc_____

_____
(Signatures of Plaintiff(s)

4