UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LUKNER BLANC,<br>Plaintiff | CIVIL DOCKET NO. 1:19-CV-1125-P |
| VERSUS | JUDGE DRELL |
| FCI POLLOCK, *ET AL.*,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's claim under <u>Bivens v. Six Unknown Agents of the Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), is hereby DENIED AND DISMISSED with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A. Service of process of Plaintiff's claim under the Federal Tort Claims Act will be made pursuant to a separate order.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 21st day of November, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE