UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LUKNER BLANC,<br>Plaintiff | CIVIL ACTION 1:19-CV-01125 |
| VERSUS | JUDGE DRELL |
| FCI POLLOCK, ET AL.,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Government's Motion for Summary Judgment (ECF No. 24) is GRANTED and Blanc's FTCA claim is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 23rd day of March, 2021.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT JUDGE